**Order filed December 4, 2015**



In The

# Fourteenth Court of Appeals

NO. 14-14-00792-CV
**KHALED ALATTAR, Appellant**

**V.**

**KAY HOLDINGS, INC., Appellee**

---

**On Appeal from the 113th District Court
Harris County, Texas
Trial Court Cause No. 2012-54501**

---

## O R D E R

The clerk's record was filed November 5, 2014. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain Defendant Kay Holding's Notice of Special Appearance filed July 15, 2013 with supporting affidavits.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before December 14, 2015, containing Defendant Kay Holding's Notice of Special Appearance filed July 15, 2013 with supporting affidavits.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM